# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GARAUFIS, NICHOLAS G. | EASTERN DISTRICT OF NEW YORK | 07/16/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

US DISTRICT COURT EDNY
225 CADMAN PLAZA EAST
BROOKLYN, NY 11202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 02/09/1997 | ABC, INC. PENSION PLAN MONTHLY SURVIVOR BENEFIT |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2017 | ABC INC. RETIREMENT PLAN - PENSION INCOME (FIDELITY INVESTMENTS INSTITUTIONAL OPERATONS) | $11,422.00 |
| 2. 2017 | COLUMBIA UNIVERSITY SCHOOL OF LAW - TEACHING | $28,333.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | CITIZENS BUDGET COMMISSION, FORM 1099-MISC. - CONSULTING INCOME |
| 2. 2017 | JPMORGAN CHASE FOR DELOITTE, FORM 1099-R - PENSION INCOME |
| 3. 2017 | MAIMONIDES MEDICAL CENTER, FORM 1099-MISC - CONSULTING INCOME |
| 4. 2017 | NATIONAL FINANCIAL SERVICES, FORM 1099-R - PENSION INCOME |
| 5. 2017 | FEDCAP REHABILITATION, FORM 1099-MISC - CONSULTING INCOME |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **GARAUFIS, NICHOLAS G.** | 07/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RCA CAPITAL GROUP LLC BANK DEPOSIT SWEEP PROGRAM | A | Interest | | | Closed | 08/21/17 | O | A | |
| 2. DAVIS NEW YORK VENTURE CLASS A | A | Dividend | | | Sold | 08/27/17 | K | A | |
| 3. NEUBERGER BERMAN FOCUS FUND | A | Dividend | | | Sold | 08/21/17 | K | A | |
| 4. BLACKROCK ADVANTAGE LARGE CAP FD CL A | A | Dividend | | | Sold | 08/21/17 | K | A | |
| 5. INVESTCO AMERICAN FRANCHISE CL A | A | Dividend | | | Sold | 08/22/17 | K | A | |
| 6. INVESTCO GLOBAL GROWTH FD CL A | A | Dividend | | | Sold | 08/22/17 | K | A | |
| 7. AMERICAN BALANCED SHARES CL F1 | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 8. AMERICAN FUNDS: AMERICAN CAPITAL WORLD GROWTH & INCOME FUND | A | Dividend | | | Sold | 08/21/17 | L | A | |
| 9. ISHARES TR. RUSSELL 1000 VALUE ETF | A | Dividend | | | Sold (part) | 08/21/17 | K | A | |
| 10. | | | | | Sold | 08/24/17 | J | A | |
| 11. AB GLOBAL REAL ESTATE INVESTMENT CL A | A | Dividend | | | Sold | 08/21/17 | K | A | |
| 12. OPPENHEIMER MID CAP VALUE FUND | A | Dividend | | | Sold | 08/21/17 | K | A | |
| 13. AB RELATIVE VALUE FUND CL A | A | Dividend | | | Sold | 08/22/17 | K | A | |
| 14. CITY OF NEW YORK DEFERRED COMPENSATION PLAN | A | Dividend | K | T | | | | | |
| 15. ABC PENSION PLAN | | None | J | T | | | | | |
| 16. ISHARES RUSSELLMIDCAP ETF ISIN | A | Dividend | | | Sold (part) | 08/21/17 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Sold | 08/24/17 | J | A | |
| 18. ISHARES MSCI EAFE ETF | A | Dividend | | | Buy (add'l) | 03/08/17 | J | | |
| 19. | | | | | Sold (part) | 08/21/17 | K | A | |
| 20. | | | | | Sold (part) | 08/22/17 | K | A | |
| 21. | | | | | Sold (part) | 08/24/17 | J | A | |
| 22. | | | | | Sold | 08/25/17 | J | A | |
| 23. ISHARES RUSSELL GROWTH 2000 ETF | A | Dividend | | | Sold (part) | 08/21/17 | K | A | |
| 24. | | | | | Sold | 08/22/17 | J | A | |
| 25. ISHARES MSCI EMERGING MKT | A | Dividend | | | Sold (part) | 08/21/17 | J | A | |
| 26. | | | | | Sold (part) | 08/22/17 | J | A | |
| 27. | | | | | Sold | 08/24/17 | J | A | |
| 28. FRANKLIN MUTUAL SHARES FD | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 29. ISHARES S&P 500 GROWTH ETF TR | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 30. PIMCO TOTAL RETURN CL C | A | Dividend | | | Sold (part) | 08/22/17 | J | A | |
| 31. | | | | | Sold | 08/25/17 | J | A | |
| 32. OPPENHEIMER GLOBAL FUND | A | Dividend | | | Sold (part) | 08/21/17 | K | A | |
| 33. | | | | | Sold | 08/22/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. INVESTCO EQUITY & INCOME | B | Dividend | | | Sold (part) | 04/12/17 | J | A | |
| 35. | | | | | Sold | 05/31/17 | J | A | |
| 36. AMERICAN FUNDS: AMERICAN BALANCED CLASS C | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 37. AB LG CAP GROWTH A | A | Dividend | | | Sold (part) | 08/21/17 | J | A | |
| 38. | | | | | Sold | 08/22/17 | K | A | |
| 39. AMERICAN FUNDS: AMERICAN CAPITAL INCOME BUILDER.CLASS C | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 40. AMERICAN GROWTH FD OF AMERICA C | B | Dividend | | | Sold (part) | 08/01/17 | J | A | |
| 41. | | | | | Sold (part) | 08/21/17 | M | A | |
| 42. | | | | | Sold | 08/22/17 | J | A | |
| 43. AMERICAN FUNDS: AMERICAN HIGH INCOME CLASS FUND | B | Dividend | | | Sold | 08/21/17 | K | A | |
| 44. INVESTCO DEVELOPING MKT CL A | A | Dividend | | | Sold (part) | 08/21/17 | K | A | |
| 45. | | | | | Sold | 08/22/17 | J | A | |
| 46. PIMCO COMM REAL RETURN | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 47. I SHARES S&P SMCAP 600 | A | Dividend | | | Buy (add'l) | 08/01/17 | J | | |
| 48. | | | | | Sold (part) | 08/21/17 | L | A | |
| 49. | | | | | Sold | 08/22/17 | J | A | |
| 50. COLUMBIA SM CAP VAL II CIA | A | Dividend | | | Sold | 08/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. EAGLE SMALLER COMPANY FUND | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 52. I SHARES RUSSELL 2000 ETF | A | Dividend | | | Sold (part) | 08/21/17 | K | A | |
| 53. | | | | | Sold (part) | 08/22/17 | J | A | |
| 54. | | | | | Sold | 08/24/17 | J | A | |
| 55. PIMCO UNCONSTRAINED | A | Dividend | | | Sold (part) | 08/21/17 | K | A | |
| 56. | | | | | Sold | 08/22/17 | J | A | |
| 57. ARTISAN INTL INVESTOR | A | Dividend | | | Sold (part) | 08/21/17 | K | A | |
| 58. | | | | | Sold | 08/22/17 | K | A | |
| 59. SALIENT SELECT INC INST | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 60. ISHARES TR COHEN & STEERS REIT ETF | A | Dividend | | | Sold (part) | 08/21/17 | J | A | |
| 61. | | | | | Sold (part) | 08/22/17 | J | A | |
| 62. | | | | | Sold | 08/24/17 | J | A | |
| 63. PIMCO HIGH YIELD A | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 64. BLACKROCK GLOBAL ALLOCATION FD CL C | A | Dividend | | | Sold | 08/22/17 | K | A | |
| 65. ARTISAN MID-CAP VALUE | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 66. MAINSTAY EPOCH US EQUITY YIELD FD | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 67. DEUTSCHE SMALL CAP VALUE | A | Dividend | | | Sold | 08/21/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. GOLDMAN SACHS SATELLITE STRAT PORTFOLIO | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 69. BLACKROCK EQUITY DIVIDEND | A | Dividend | | | Sold | 08/22/17 | K | A | |
| 70. FIDELITY ADVISORS FLOATING RATE HIGH INC FD | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 71. SPDR S&P 500 ETF | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 72. ISHARES S&P MID-CAP 400 GROWTH | A | Dividend | | | Buy (add'l) | 05/31/17 | J | | |
| 73. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 74. | | | | | Sold | 08/22/17 | K | A | |
| 75. ISHARES RUSSELL TOP 200 VALUE | A | Dividend | | | Buy (add'l) | 02/08/17 | J | | |
| 76. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 77. | | | | | Sold (part) | 08/21/17 | K | A | |
| 78. | | | | | Sold | 08/24/17 | J | A | |
| 79. ISHARES S&P MIDCAP 400 VALUE | A | Dividend | | | Buy (add'l) | 03/24/17 | J | | |
| 80. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 81. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 82. | | | | | Sold (part) | 08/21/17 | J | A | |
| 83. | | | | | Sold | 08/22/17 | J | A | |
| 84. ALLIANZGI NFS INTL VALUE | A | Dividend | | | Sold | 08/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. JPMORGAN LARGE CAP GROWTH | A | Dividend | | | Sold | 08/22/17 | K | A | |
| 86. PIMCO CORPORATE & INCOME OPPORTUNITY FD | A | Dividend | | | Sold (part) | 08/21/17 | J | A | |
| 87. | | | | | Sold | 08/24/17 | J | A | |
| 88. ISHARES EDGE MSCI MIN VOL EAFE ETF | A | Dividend | | | Sold | 08/21/17 | K | A | |
| 89. AB DISCOVERY VALUE FD | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 90. COHEN & STEERS REAL ESTATE SECURITIES | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 91. T.ROWE PRICE GROWTH | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 92. | | | | | | | | | |
| 93. SANFORD C. BERNSTEIN & CO | A | Interest | N | T | Open | 08/25/17 | N | | |
| 94. BERNSTEIN DIVERSIFIED MUNICIPAL PORTFOLIO | A | Dividend | K | T | Buy | 09/06/17 | K | | |
| 95. AB TAX-MANAGED WEALTH APPRECIATION STRAT-ADV | A | Dividend | M | T | Buy | 09/06/17 | M | | |
| 96. | | | | | Sold (part) | 10/24/17 | J | A | |
| 97. AB GLOBAL BOND FUND - ADV | A | Dividend | M | T | Buy | 09/06/17 | M | | |
| 98. | | | | | Buy (add'l) | 09/07/17 | K | | |
| 99. BERNSTEIN INTERMEDIATE DURATION | A | Dividend | M | T | Buy | 09/06/17 | M | | |
| 100. | | | | | Buy (add'l) | 09/07/17 | K | | |
| 101. AB WEALTH APPRECIATION STRATEGY FD ADV | A | Dividend | P1 | T | Buy | 09/06/17 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 09/07/17 | K | | |
| 103. | | | | | Buy (add'l) | 09/08/17 | K | | |
| 104. | | | | | Sold (part) | 10/24/17 | J | A | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII, PAGE 4 OF 12, LINE 15:
ABC, INC. PENSION PLAN. I AM DESIGNATED TO RECEIVE MONTHLY PENSION BENEFITS UNDER MY LATE WIFE'S PENSION PLAN.
PART III, LINE 2 DISCLOSES INCOME RECEIVED. THESE PAYMENTS WILL CEASE UPON MY DEATH.

VII, PAGE 4 OF 12, LINE 4:
NAME CHANGED FROM  BLACK ROCK FLEXIBLE EQUITY FD TO BLACK ROCK ADVANTAGE LARGE-CAP GROWTH FD INVESTOR.

VII, PAGE 4 OF 12, LINE 13:
NAME CHANGED FROM AB GROWTH & INCOME FUND CL A TO AB RELATIVE VALUE FUND CL A.

VII, PAGE 7 OF 12, LINE 66:
NAME CHANGED FROM MAINSTAY ICAP SELECT TO MAINSTAY EPOCH US EQUITY YIELD FD.

VII, PAGE 8 OF 12, LINE 71:
NAME CHANGED FROM ISHARES S&P 500 ETF TRUST UNIT TO SPDR S&P 500 ETF.

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/16/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NICHOLAS G. GARAUFIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544